Tristan G. Pelayes, Bar No. 206696
tgp@pelayes-bolander.com
Joseph N. Bolander, Bar No. 280857
jnb@pelayes-bolander.com
**Law Offices of Pelayes & Bolander, APC**
10788 Civic Center Drive, Suite 210
Rancho Cucamonga, California 91730
Telephone: 909-481-3833 |Fax: 951-228-5640

Attorneys for Plaintiff,
MICHAEL OBERLY

Philip K. Lem, Bar No. 282480
pkl@paynefears.com
Ryan L. Kilpatrick, Bar No. 334459
rlk@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Defendant ORANGE COUNTY SANITATION DISTRICT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MICHAEL OBERLY,

Plaintiff,

v.

ORANGE COUNTY SANITATION DISTRICT, a Public Entity; and DOES 1-25,

Defendants.

CASE NO.: **8:25-cv-01675-FWS-DFM**

**JOINT STIPULATION TO DISMISS PLAINTIFF'S FIRST AND SECOND CAUSES OF ACTION WITHOUT PREJUDICE**

*Honorable Fred W. Slaughter*
*Courtroom No. 10D*

**RECITALS**

WHEREAS, Plaintiff Michael Oberly ("Plaintiff") filed the operative Complaint in this action asserting, among other claims, a First Cause of Action for Associational Sex/Pregnancy Discrimination in Violation of Government Code §§ 12900, et seq., and a Second Cause of Action for Associational Sex/Pregnancy Retaliation in Violation of Government Code §§ 12900, et seq., both against Defendant Orange County Sanitation District ("Defendant" or "OC San"); and

WHEREAS, Defendant and Plaintiff have met and conferred regarding Defendant's contemplated motion for summary judgment as to those particular claims;

WHEREAS, Plaintiff has determined that the First Cause of Action for Associational Sex/Pregnancy Discrimination and the Second Cause of Action for Associational Sex/Pregnancy Retaliation are not necessary to pursue Plaintiff's remaining claims and that the interests of judicial economy are served by their dismissal; and

WHEREAS, the Parties have met and conferred and, in lieu of motion practice, agree to stipulate to the dismissal without prejudice of Plaintiff's First and Second Causes of Action;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their respective undersigned counsel, and for good cause, that upon entry of an Order by the Court approving this Stipulation:

1. Plaintiff's First Cause of Action for Associational Sex/Pregnancy Discrimination in Violation of Government Code §§ 12900, et seq., shall be dismissed without prejudice;
2. Plaintiff's Second Cause of Action for Associational Sex/Pregnancy Retaliation in Violation of Government Code §§ 12900, et seq., shall be dismissed without prejudice;
3. Neither Party is considered a prevailing party with respect to the dismissed

causes of action and each Party shall bear their own attorneys' fees and costs with respect thereto; and

4. By entering into this Stipulation, the Parties do not waive and expressly reserve all remaining claims, defenses, and challenges in this action, including but not limited to Plaintiff's Third Cause of Action for Interference for CFRA Interference and Retaliation, Fourth Cause of Action for FEHA Failure to Prevent Discrimination and Retaliation, and Fifth Cause of Action for Violation of the FMLA—Retaliation and Interference.

DATED: September 25, 2026 PELAYES & BOLANDER, APC

By: /s/ Joseph N. Bolander__________
Joseph N. Bolander, Esq.
Attorneys for Plaintiff
MICHAEL OBERLY

DATED:September 25, 2026 PAYNE & FEARS LLP

By: /s/ Philip K. Lem________________
Philip Lem, Esq.
Attorneys for Defendant
ORANGE COUNTY SANITATION DISTRICT

## ATTESTATION

Pursuant to L.R. 5-4.3.4, the undersigned hereby attests that all signatories listed above, and on whose behalf this Stipulation is submitted, concur in and have authorized the filing of this Stipulation.

/s/ Joseph N. Bolander
JOSEPH N. BOLANDER